VL: USAO2026R00029

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. GLR 26 cr 23 |
|---|---|
| v. <br><br> **DESHAWN CORNISH,** <br><br> Defendant. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about January 31, 2025, in the District of Maryland and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly attempt to employ, use, persuade, induce, entice and coerce Minor Victim 1 to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **CORNISH** used a computer and the internet to request the production of videos and images depicting Minor Victim 1 masturbating his exposed penis.

18 U.S.C. § 2251(a)

## COUNT TWO
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 6, 2025, in the District of Maryland and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly attempt to employ, use, persuade, induce, entice and coerce Minor Victim 2 to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **CORNISH** used a computer and the internet to request the production of an image depicting Minor Victim 2's exposed penis and that it be sent to him through the use of a computer and the internet.

18 U.S.C. § 2251(a)

## COUNT THREE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about February 25, 2024, in the District of Maryland, and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly distribute any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, that is, **CORNISH** used his internet-based messaging/Telegram account to distribute a video titled "IMG_2673," depicting an adult male's penis penetrating the anus of a prepubescent male.

18 U.S.C. § 2252A(a)(2)

## COUNT FOUR
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2024, in the District of Maryland, and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly distribute any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, that is, **CORNISH** used his internet-based messaging/Kik account to distribute a video partially titled "…ddf9ea861b59.mp4," depicting an adult male's penis penetrating the anus of a prepubescent male.

18 U.S.C. § 2252A(a)(2)

## COUNT FIVE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 6, 2024, in the District of Maryland, and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly distribute any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, that is, **CORNISH** used his internet-based messaging/Kik account to distribute a video partially titled "…f8ce373e496a.mp4," depicting an adult male penis ejaculating into the mouth of a prepubescent male.

18 U.S.C. § 2252A(a)(2)

## COUNT SIX
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2024, in the District of Maryland, and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly distribute any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, that is, **CORNISH** used his internet-based messaging/Kik account to distribute a video partially titled "…217825a76fef.mp4," depicting a prepubescent male's mouth on the penis of another prepubescent male.

18 U.S.C. § 2252A(a)(2)

## COUNT SEVEN
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about February 6, 2025, in the District of Maryland, and elsewhere, the defendant,

**DESHAWN CORNISH,**

did knowingly distribute any child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, that is, **CORNISH** used his internet-based messaging/Instagram account to distribute a video partially titled "…648123617780487.mp4," depicting an adult male's penis penetrating the anus of a prepubescent male as the adult male strikes the prepubescent male in the face.

18 U.S.C. § 2252A(a)(2)

## COUNT EIGHT
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about April 9, 2025, in the District of Maryland, the defendant,

**DESHAWN CORNISH,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an Apple iPhone 7, with IMEI 354912091741841, and an Apple iPhone 13, with IMEI 359379962902834, both of which were manufactured outside of Maryland and contained one or more visual depictions of minors, including at least one visual depiction of a prepubescent minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. of Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) as a result of the defendant's conviction under any of the offenses set forth in Counts One through Eight of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Eight of this Indictment, the defendant,

**DESHAWN CORNISH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to:

a. an Apple iPhone 7, with IMEI 354912091741841; and

b. an Apple iPhone 13, with IMEI 359379962902834.

9

## Substitute Assets

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL

SIGNATURE REDACTED
Foreperson

Date: January 21, 2026